**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Oma McConnell | NO. CV 15-8328-R |
| Oma McConnell, Appellant, | Case in other court: 2:14-ap-01420 BB |
| | USBC Central District of California Los Angeles, 2:14-bk-14501 BB |
| v. | cc-15-01343 |
| Bob Atchison, Appellee. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

    WHEREAS Appellant was ordered to show cause in writing by not later than **September 5, 2016,** why this action should not be dismissed for lack of prosecution

    WHEREAS this period has elapsed without any action by Appellant.

    The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: September 6, 2016.

                                          HON. MANUEL L. REAL
                                         UNITED STATES DISTRICT JUDGE